IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ELAINE McCLAY | * | |
| | * | |
| PLAINTIFF | * | |
| VS. | * | CIVIL ACTION NO. _____ |
| | * | |
| MIDLAND CREDIT MANAGEMENT, INC. | * | COMPLAINT AND |
| | * | DEMAND FOR A JURY TRIAL |
| DEFENDANT | * | |

**COMPLAINT**

I. Introduction

1.  This is an action for damages brought by an individual consumer for defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices, and to insure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged.

II. JURISDICTION

2.  Jurisdiction of this court arises under 15 U.S.C. § 1692k, 28 U.S.C. §§ 1331 and 1337.

III. PARTIES

3.  Plaintiff, Elaine McClay ("plaintiff" or "Ms. McClay"), is a natural person who resides in East Baton Rouge Parish and is a "consumer" as defined by 15 U.S.C. § 1692a(3).

4.  Defendant, Midland Credit Management, Inc. (hereinafter referred to as "MCM" or "defendant") is a foreign corporation doing business in the state of Louisiana, whose registered agent for service of process in Louisiana is Corporation Service Company, 320 Somerulos Street, Baton Rouge, Louisiana, 70802-6129. MCM, at all times relevant hereto, regularly attempted

to collect debts alleged to be due another and is a "debt collector" as defined under the FDCPA.

## IV. FACTUAL ALLEGATIONS

5. On or after February 1, 2008, an employee of defendant spoke with Ms. McClay about a debt she allegedly owed on a Wells Fargo loan note of approximately $1,100.58.

6. This debt arose from an installment car loan which was solely used for personal purposes.

7. The motor vehicle which was collateral for this alleged debt declared a total loss after an accident in 2001 and the insurer paid on this alleged debt in that same year.

8. This debt went into default shortly afterward, no later than 2002.

9. Defendant MCM allegedly acquired this alleged debt in 2006.

10. During this conversation, an employee of defendant MCM told Ms. McClay that the alleged debt would remain on her credit report for approximately three to four more years.

11. Prior to this conversation, Ms. McClay had received a letter from defendant MCM which contained two settlement offers, both of which were discounted amounts and acceptance of which expired on February 23, 2008.

12. However, during this conversation, Ms. McClay was informed by MCM that she would not receive any discounts if Ms. McClay waited until the following week, which was prior to February 23, 2008, to decide if she wanted to settle this account.

13. A few days later, on or about February 6, 2008, Ms. McClay spoke with MCM again and was again told that she could only give her a discount right then and not later.

14. Ms, McClay was also told that this alleged debt would remain on her credit report for the next four to five years.

15. MCM also informed Ms. McClay that the only way MCM would leave her alone was for her to pay this alleged debt.

## DEFENDANT'S PRACTICES

16. Defendant violated numerous provisions of the FDCPA including but not limited to sections 1692e, 1692e(5), and 1692e(10).

17. Plaintiff has suffered actual damages and injury, including, but not limited to, stress, humiliation, anxiety, extreme mental anguish and suffering, emotional distress, for which she should be compensated in an amount to be proven at trial.

WHEREFORE, plaintiff respectfully requests that the Court grant the following relief in her favor and against Defendant Midland Credit Management, Inc. for:

a. Additional damages;

b. Actual damages;

c. Attorney fees, litigation expenses and costs; and

d. Such other and further relief as is appropriate.

A JURY TRIAL IS DEMANDED.

s/Garth J. Ridge
**GARTH J. RIDGE**
Attorney for Plaintiff
Bar Roll Number: 20589
251 Florida Street, Suite 301
Baton Rouge, Louisiana 70801
Telephone Number: (225) 343-0700
Facsimile Number: (225) 343-7700
E-mail: GarthRidge@aol.com